UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASCENSION PROPERTIES, INC. | * | CASE NO.: 3:24-CV-00171-SDD-SDJ |
| | * | |
| VERSUS | * | |
| | * | |
| LIVINGSTON PARISH | * | |
| GOVERNMENT | * | |

### JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST FOR ENTRY OF CONSENT JUDGMENT

**MAY IT PLEASE THE COURT:**

Plaintiff, Ascension Properties, Inc. ("Plaintiff" or "Ascension Properties") and Defendant, Livingston Parish Government (hereafter "Defendant" or "Livingston Parish Government") (collectively the "Parties"), in accordance with Rule 16(c) of the Local Rules of the United States District Court for the Middle District of Louisiana, hereby jointly provide notice to this Honorable Court that all Parties agreed in writing to settle and resolve the claims in this action pursuant to **AND CONTINGENT UPON** entry of the proposed consent judgment, a copy of which is attached hereto and provided herewith. Also attached hereto is a copy of the fully-executed Settlement Agreement between the Parties.

Plaintiff requests that the Court maintain the hearing date for the Monday, July 29, 2024 Court appearance as per R. Doc. 45. The purpose of that hearing is to further finalize the compromise of this matter for reasons discussed at the Pretrial conference. Plaintiff submits that this is warranted under the circumstances and necessary given that Defendant is a governmental entity.

Additionally, if it pleases the Court, the Parties respectfully request that the Court sign the proposed consent judgment at the Court's earliest convenience and without delay. If the Court is available to execute the proposed judgment on Friday, July 26, 2024, or at any point in advance of

5861003.v1

Monday, July 29, 2024, then the Parties intend to immediately provide notice to all witnesses under subpoena pursuant to Local Rule 45(b) so that said witnesses may avoid making the trip to this Honorable Court on Monday.

Respectfully submitted,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

By:  /s/ ***TOM EASTERLY***
    Tom Easterly, Bar Roll # 30488, T.A.
    John P. Murrill, Bar Roll #23878
    John Stone Campbell III, Bar Roll #23674
    Peyton T. Gascon, Bar Roll # 40369
    450 Laurel Street, 8th Floor (70801)
    P.O. Box 2471
    Baton Rouge, LA 70821
    Telephone: (225) 387-3221
    Facsimile: (225) 346-8049
    tom.easterly@taylorporter.com
    john.murrill@taylorporter.com
    johnstone.campbell@taylorporter.com
    peyton.gascon@taylorporter.com

**MALEY LAW FIRM**

**/s/ MARTIN K. MALEY, SR.**
Martin K. Maley, Sr., Bar Roll No. 20933
PO Box 3154 (70821)
4707 Bluebonnet Boulevard, Suite B
Baton Rouge, LA 70809
Telephone:  (225) 346-6781
Facsimile: (225) 346-6788
Email:  mkmaley@eatel.net

**QUINN LAW OFFICES**

Julie Quinn, Bar Roll No. 21923
112 Founders Drive
Baton Rouge, LA 70810
Telephone:  (225) 372-6510
Email: julie@quinnlawoffices.com

**STEVE IRVING, LLC**

**/s/ STEPHEN M. IRVING**
Stephen M. Irving, Bar Roll No. 07170
P. O. Box 2108
Baton Rouge, Louisiana 70832
Phone:  (225) 933-5993
Fax:  (225) 346-6788
Email:  steve@steveirvingllc.com

*Attorneys for Defendant Livingston Parish Government*