STATE OF LOUISIANA
PARISH OF LIVINGSTON

**LPR NO. 24-300**

MOTION was made by Lonnie Watts and duly seconded by Ricky Goff to authorize the Livingston Parish President Randy Delatte to execute the settlement agreement and negotiate and execute a development agreement the same or substantially similar to the development agreement signed by Ascension Properties as advertised and posted but with the provision that should any terms conflict between the development agreement and the settlement agreement, the development agreement shall prevail; said development agreement will not be executed until after the August 22, 2024 meeting.

Upon being submitted to a vote, the vote thereon was as follows:

YEAS:   MR. CHAVERS, MR. ERDEY, MR. COATES, MR. MANGUS, MR. GOFF, MS. SANDFUR, MR. WASCOM, MR. WATTS

NAYS:   NONE

ABSENT: MR. TAYLOR

ABSTAIN: NONE

Thereupon the chair declared that the Motion had carried and was adopted on July 25, 2024.

------------------------------------------------------------------------------------

## CERTIFICATE

I, Sandy C. Teal, do hereby certify that I am the duly appointed Council Clerk of the Livingston Parish Council, State of Louisiana. I hereby further certify that the above and foregoing is a true and correct copy of a Motion adopted by the Livingston Parish Council at a regular meeting held on July 25, 2024 in which meeting a quorum was present.

WITNESS my official signature and seal of office at Livingston, Louisiana, this the 26th day of July 2024.

*[Signature: Sandy C. Teal]*

Sandy C. Teal, Council Clerk
Livingston Parish Council